UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBERT V. CHAPMAN, III, on behalf of, himself and all others similarly situated,

    Plaintiff,

v.

CALADANSIX-CM, LLC d/b/a CHAPMAN MARINE SUPPLY, a Florida Limited Liability Company, STUART LAWN & GARDEN, LLC, a Florida Limited Liability Company, and THOMAS W. O'BRIEN, JR., individually,

    Defendants.

Case No. 2:20-cv-14325-DMM
Middlebrooks/Maynard

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff and Defendants by and through their undersigned counsel, hereby notify the Court that they have settled the above-styled case. The Parties will promptly file all papers necessary to effectuate a dismissal with prejudice.

    Respectfully submitted this 9th day of November, 2020.

| | |
|---|---|
| SCHWARZBERG & ASSOCIATES<br>Attorneys for Plaintiffs<br>2751 South Dixie Highway, Suite 400<br>West Palm Beach, FL 33405<br>Telephone: (561) 659-3300<br>Facsimile: (561) 693-4540<br>steve@schwarzberglaw.com<br>mail@schwarzberglaw.com | LAW OFFICE OF DAVID MIKLAS, P.A.<br>Attorney for Defendants<br>David Miklas<br>david@miklasemploymentlaw.com<br>P.O. Box 12996<br>Fort Pierce, Florida 34979<br>Telephone (772) 465-5111 |
| /s/ Steven L. Schwarzberg<br>Steven L. Schwarzberg<br>Florida Bar No. 306134 | /s/ David Miklas<br>David Miklas<br>Florida Bar No. 167060 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the clerk of the United States District Court for the Southern District of Florida using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants listed on the service list below.

s/ David Miklas  
Counsel for Defendant

**SERVICE LIST**

STEVEN L. SCHWARZBERG  
SCHWARZBERG & ASSOCIATES  
2751 South Dixie Highway, Suite 400  
West Palm Beach, FL 33405  
Telephone: (561) 659-3300  
Facsimile: (561) 693-4540  
steve@schwarzberglaw.com  
mail@schwarzberglaw.com  

*Attorney for Plaintiffs*